In re McCORMICK. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) In the matter of John J. McCormick. No opinion. Order affirmed, with $10 costs and disbursements.

---

McCORMICK, Respondent, v. TYLER, Appellant. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by William P. McCormick against Frank J. Tyler, as sole executor, etc. R. Krause, of New York City, for appellant. D. Weinstein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to serve amended answer on payment of costs in this court and in the court below, on the authority of Scheibeler v. Albee, 114 App. Div. 146, 99 N. Y. Supp. 706. Order filed. See, also, 147 N. Y. Supp. 1124.

---

McGOEY, Respondent, v. NEW YORK, W. & B. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Henry L. McGoey, as administrator, etc., of Harry L. McGoey, deceased, against the New York, Westchester & Boston Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

McGOVERN, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Margaret McGovern, as sole administratrix, etc., against the Lehigh Valley Railroad Company.
PER CURIAM. Judgment and order unanimously affirmed, with costs.
KELLOGG, J., not sitting.

---

McGURKIAN v. THOMAS J. BUCKLEY CONST. CO. (No. 5937.) (Supreme Court, Appellate Division, First Department. June 12, 1914.) Appeal from Trial Term, New York County. Action by William McGurkian against the Thomas J. Buckley Construction Company. From a judgment for plaintiff, and from an order denying defendant's motion for a new trial, it appeals. Reversed, and complaint dismissed. J. Edward Murphy, of New York City, for appellant. J. Arthur Hilton, of New York City, for respondent.
PER CURIAM. It is entirely clear from the evidence in this case that the jury were not justified in finding that the defendant was negligent or that the plaintiff was free from contributory negligence. The judgment and order appealed from must therefore be reversed, with costs, and the complaint dismissed.

---

McLAUGHLIN, Respondent, v. McLAUGHLIN REAL ESTATE CO., et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Leonora McLaughlin against the McLaughlin Real Estate Company and others. No opinion. Motion to dismiss appeal denied, with $10 costs. See, also, 147 N. Y. Supp. 959; 148 N. Y. Supp. 1128.

---

McLAUGHLIN, Respondent, v. McLAUGHLIN REAL ESTATE CO. et al. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Leonora McLaughlin against the McLaughlin Real Estate Company and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements. Leave to appeal to Court of Appeals, denied, 148 N. Y. Supp. 1128. See, also, 147 N. Y. Supp. 959; 148 N. Y. Supp. 1128.
BURR, J., dissents.

---

McLAUGHLIN v. McLAUGHLIN REAL ESTATE CO. et al. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Leonora McLaughlin against the McLaughlin Real Estate Company and others. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former decision, see 148 N. Y. Supp. 1128.

---

McLAUGHLIN, Respondent, v. SPECHT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by John McLaughlin, suing on behalf of himself and other stockholders, etc., against Theodore W. Specht and others. No opinion. Interlocutory judgment affirmed with costs, with leave to the defendants to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

---

McMASTER v. FLORENCE PARK REALTY CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Angus McMaster against the Florence Park Realty Company. No opinion. Application denied, with $10 costs. Order signed.

---

McNALLY, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Bart H. McNally against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MAHNKEN BUILDING MATERIAL CO., Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by the Mahnken Building Material Company against the Long Island Railroad Company. No opinion. Judgment and order of the County Court of Queens County reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence does not show that the defendant's servants did not make all reasonable effort to stop the train after discovering that the plaintiff's driver unduly delayed removing his trespassing truck from the defendant's track.